Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10806

IN THE MATTER OF:
Avis Denise Miller     xxx−xx−1565
305 St. Nicholas Trail
Gibsonville, NC 27249

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 7/15/14 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 07/29/2014

**Date: 7/16/14**                                                                                              OFFICE OF THE CLERK/ pjh