```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 14-10806-bak
Avis Denise Miller                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-2          User: hisamoto          Page 1 of 1          Date Rcvd: Jul 16, 2014
                                 Form ID: 285          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2014.
db        +Avis Denise Miller,   305 St. Nicholas Trail,   Gibsonville, NC 27249-2779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2014                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2014 at the address(es) listed below:
              Anita Jo Kinlaw Troxler,   office@chapter13gboro.com,  office5@chapter13gboro.com
              John T. Orcutt   on behalf of Debtor Avis Denise Miller postlegal@johnorcutt.com,
               orcutt.john3@gmail.com
                                                                                                    TOTAL: 2

Form 285

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 14−10806

IN THE MATTER OF:
Avis Denise Miller     xxx−xx−1565
305 St. Nicholas Trail
Gibsonville, NC 27249

   Debtor(s)

## NOTICE OF APPOINTMENT OF TRUSTEE AND MEETING OF CREDITORS

DATE FILED: 7/15/14
CREDITORS MEETING DATE: 8/25/14

**TAKE NOTICE** that Anita Jo Kinlaw Troxler is appointed Trustee; and take further

**NOTICE** that, pursuant to Standing Order of this Court, the Debtor, within four (4) days after receipt of this notice shall contact the Trustee's Office,

*Greensboro Chapter 13 Office*
*500 W. Friendly Ave.*
*P.O. Box 1720*
*Greensboro, NC 27402−1720*

at (336) 378−9164 for an interview appointment. Pursuant to 11 U.S.C. Section 1326 the Debtor shall commence making the payments proposed by the plan within 30 days after the plan is filed; and take further

**NOTICE** that the Meeting of Creditors pursuant to Section 341 (a) of the Bankruptcy Code herein be held in:

*Creditors Meeting Room*
*First Floor*
*101 South Edgeworth Street*
*Greensboro NC 27401*

on the date hereinabove noted at 01:30 PM ; and take further

**NOTICE** that the Debtor shall appear at the time and place appointed for the meeting of creditors for the purpose of being examined as provided by the Bankruptcy Code; and take further

**NOTICE** that after the conclusion of the Meeting of Creditors, all parties in interest and creditors will be notified of the deadline for filing objections to confirmation of the plan and the time, date and place of the hearing on any timely filed objections; and take further

**NOTICE** that pursuant to the Standing Order of this Court, the Debtor must maintain adequate collision insurance on any and all vehicles which are subject to lien and owned by the Debtor. In the event the Debtor fails to do so, the Trustee is authorized to direct that the vehicle be stored until evidence of proper insurance coverage is submitted; and take further notice that the Debtor may not incur additional debts nor transfer assets without authorization from the Trustee or the Court.

**Date: 7/16/14**                                                                                              **U.S. Bankruptcy Court**

**cc: Debtor(s)**
    **Attorney for Debtor(s)**                                                                         **OFFICE OF THE CLERK/ pjh**
    **Standing Trustee**